TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264
ROBERT KNIEF
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
Robert.Knief@usdoj.gov
*Attorneys for the United States*

**FILED**
**U.S. MAGISTRATE JUDGE**

**DATE:** May 22, 2026

**TIME:** 9:00 a.m.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br> v. <br><br> JOSE CARLOS DALLI CASTRO, aka <br> MARIO MEJIA ROJAS, aka <br> ALBERTO SILVA VALDEZ, aka <br> JULIO CASTRO LOPEZ <br><br> Defendant. | Case No. 2:26-mj-00394-EJY <br><br> **CRIMINAL COMPLAINT** <br><br> <u>COUNT ONE</u>: Forgery or False Use of a Passport <br> (18 U.S.C. § 373(a)) <br><br> <u>COUNTS TWO and FOUR</u>: Wire Fraud <br> (18 U.S.C. § 1343) <br><br> <u>COUNT THREE</u>: Money Laundering <br> (18 U.S.C. § 1957) |

BEFORE the Honorable Elayna J. Youchah, United States Magistrate Judge, Las Vegas, Nevada, the undersigned Complainant, being duly sworn, deposes and states:

<u>**COUNT ONE**</u>
*Use of A False Passport*

On or about February 17, 2026, in the State and Federal District of Nevada,

**JOSE CARLOS DALLI CASTRO, aka**
**MARIO MEJIA ROJAS, aka**
**ALBERTO SILVA VALDEZ, aka**
**JULIO CASTRO LOPEZ,**

defendant herein, willfully and knowingly used a false, forged, and counterfeited, passport in that the defendant presented the said passport as identification to open Bank of America checking account ending in 3421, in violation of Title 18, United States Code, Section 1543.

## COUNT TWO
*Wire Fraud*

On or about March 10, 2026, in the State and Federal District of Nevada and elsewhere,

**JOSE CARLOS DALLI CASTRO, aka**
**MARIO MEJIA ROJAS, aka**
**ALBERTO SILVA VALDEZ, aka**
**JULIO CASTRO LOPEZ,**

defendant herein, for the purpose of executing a scheme to defraud, did cause to be transmitted in interstate commerce, a wire transfer in the amount of $41,500 from Massachusetts to Bank of America account ending in 3421 in Nevada, all in violation of Title 18, United States Code, Section 1343.

## COUNT THREE
*Money Laundering*

On or about March 11, 2026, in the State and Federal District of Nevada,

**JOSE CARLOS DALLI CASTRO, aka**
**MARIO MEJIA ROJAS, aka**
**ALBERTO SILVA VALDEZ, aka**
**JULIO CASTRO LOPEZ,**

defendant herein, knowingly engaged in a monetary transaction by through or to a financial institution, affecting interstate or foreign commerce, in criminally derived property of a value greater than $10,000, that is the withdrawal of $17,000 in U.S. currency, such property having been derived from a specified unlawful activity, that is, Wire Fraud, in violation of Title 18, United States Codes, Section 1957.

2

## COUNT FOUR
*Wire Fraud*

On or about March 23, 2026, in the State and Federal District of Nevada and elsewhere,

**JOSE CARLOS DALLI CASTRO, aka**
**MARIO MEJIA ROJAS, aka**
**ALBERTO SILVA VALDEZ, aka**
**JULIO CASTRO LOPEZ,**

defendant herein, for the purpose of executing a scheme to defraud, did cause to be transmitted in interstate commerce, a wire transfer in the amount of $45,250 from New York to Wells Fargo account ending in 8060 in Nevada, all in violation of Title 18, United States Code, Section 1343.

## PROBABLE CAUSE

I, Christopher Crawford, state the following as and for probable cause.

1.      I have been employed with the United States Department of Homeland Security ("DHS"), Homeland Security Investigations ("HSI"), as a Special Agent for approximately 20 years. I am currently assigned as a Group Supervisor to the HSI Las Vegas Office's Homeland Security Taskforce, Group 2. In this capacity, I investigate and supervise a variety of violations including wire fraud, bank fraud, money laundering and other violations of Title 18, 19 and Title 21.

2.      This Affidavit is made in support of a criminal complaint against Jose Carlos DALLI Castro aka, Mario ROJAS Mejia, aka Alberto SILVA Valdez aka Julio CASTRO Lopez (Defendant), for violations of 18 U.S.C. § 1343, Wire Fraud, 18 U.S.C. § 1543, False Use of a Passport and 18 U.S.C. § 1957, Money Laundering. The information contained in this Affidavit is based on my own personal investigation and information communicated to

me by other law enforcement officers with personal knowledge of facts relevant to this investigation. The Affidavit is intended only to show that there is probable cause for the requested complaint and does not purport to set forth all of my knowledge of, or investigation into, this matter.

3.      In summary, this investigation has revealed that Defendant, and likely other unknown co-conspirators, would purport to be sellers of vintage restored vehicles and equipment via online reseller platforms. The victim would "purchase" the item and subsequently remit payment via a domestic wire transfer to bank accounts fraudulently opened and held by Defendant using fake identities. The victim never met the "seller" of the vehicle and was duped into believing the vehicle existed and the transaction was legitimate. Ultimately, there was no vehicle or equipment for sale and sole purpose of the transaction was to swindle victims of their money. The fraudulently obtained funds would then be quickly removed from the accounts. The victims would sustain a full financial loss. Defendant used interstate wires to defraud his victims throughout this fraud scheme.

4.      In May 2026, an investigation was opened resulting from multiple reports from U.S. financial institutions regarding bank accounts originating in the greater Las Vegas area, that were used to receive funds from individuals that reported they were victims of financial fraud. HSI initially began investigating a subject identified as Defendant for the Subject Offenses.

5.      In May 2026, HSI Special Agents received and reviewed information from Bank of America, N.A. ("BANA") and JP Morgan Chase, N.A. ("JPMC") regarding the criminal fraud activities of related BANA bank accounts number XXXXXXXX3421 and XXXXXXXX3463 and JPMC bank account number XXXXXX3573 using the identity of

"Mario Rojas Mejia" and "MGTY MOTORS LLC"[1] ("BANA Account-3421", "BANA Account-3463, and "JPMC Account-3573", respectively). BANA Account-3421 was set up as a "personal checking" and "BANA Account-3463 was set up as a "business checking" and were related accounts.

6.    HSI Special Agents have reviewed the account profile, bank debit and credits, wire transfer information, and other information related to BANA Account-3421 and BANA Account-3463. BANA Account-3421, BANA Account-3463, and JPMC Account-3573 were all opened using the same passport (i.e., Spain passport number "PIEE414367", later determined to be counterfeit) and the same fictitious identity and biographical information of "Mario Rojas Mejia." Thus, all three U.S. financial accounts were fraudulently opened using a counterfeit passport.  Account 3421 was opened in February of 2026.

7.    I learned that BANA Account-3421 received at least two wire transfers totaling $101,500 from two individuals identified by BANA as victims of financial fraud between March 3 – 26, 2026.  JPMC Account-3573 received at least two wire transfers totaling $45,830 between March 17 – 30, 2026. All the funds were quickly depleted from BANA Account-3421 and JPMC Account-3573 via withdrawals, transfers, and purchases.

8.    The related BANA Debit Card-5347, linked to BANA Account-3421, was a used for debit purchases and to deplete funds from the account via ATM withdrawals in the greater Las Vegas area, including $2,000 on March 6, $2,000 on March 9, and $500 two times on March 16.

9.    On March 10, 2026, Victim 1, a resident of Massachusetts, transferred $41,500 to BANA Account-3421. Investigation revealed that Victim 1 believed he was purchasing a

---

[1] Subsequent record checks with the State of Nevada Business Registry revealed that "Mario Rojas Mejia" registered MGTY MOTORS LLC as a domestic limited liability company on February 13, 2026, referencing Entity ID E55204272026-3.

"1941 Willys Jeep VIN#W285777" for a total purchase price of $41,500. Ultimately, the vehicle was not delivered, and Victim 1 suffered a full financial loss. Victim 1 filed a police report to report fraud in Georgia and Massachusetts.

10. On March 11, 2026, Defendant made a $17,000 cash withdrawal from BANA Account-3421.

11. In May 2026, with the assistance of UPS Corporate Security, HSI Special Agents identified a UPS Post Mailbox (PMB) that was opened in the name of Mario ROJAS Mejia. HSI Special Agents obtained a UPS Mailbox Service Agreement, a United States Postal Service Form 1583 – Application for Delivery of Mail Through Agent, a scanned image of a Spain-issued passport bearing the name of "Mario Rojas Mejia," and other documents, identified as PMB 112 located at The UPS Store, 1350 E Flamingo Rd Ste 13B, Las Vegas, Nevada ("Defendant's PMB").

12. The PMB was opened using a Spanish passport bearing passport number "PIEE414367" and other biographical information.

13. HSI agents submitted a request to the Spanish authorities to verify the authenticity of the Spain-issued passport bearing Number "PIEE414367" in the name of "Mario Rojas Mejia". HSI agents also provided an image of the passport to HSI Madrid, as depicted herein. Shortly thereafter, HSI Madrid received an official response from Spanish authorities. Specifically, the Spanish authorities confirmed that the Spain-issued passport bearing Number "PIEE414367" in the name of "Mario Rojas Mejia" does not match any issued passports in Spanish databases and that the passport was counterfeit.

14. HSI Special Agents received and conducted an analysis of bank records related to BANA Account-3421. The analysis identified several purchases using the related BANA Debit Card-5347, including $78.03 on March 9, 2026, at Public Storage, 4425 S. Eastern

Ave, Las Vegas.

15.    HSI Special Agents served an administrative subpoena and spoke to an authorized representative at Public Storage. HSI Special Agents learned that a storage unit was rented on March 8, 2026, in the name of "Mario Rojas Mejia" using the fraudulent Spain-issued passport bearing number "PIEE414367".

16.    A review of records obtained revealed that the rental was active, that the current due balance is $65.20, that the last payment received was $56.16 on April 11, 2026, and the next payment of $45.20 is due on June 1, 2026. These other payments were not paid with the bank accounts identified herein. HSI Special Agents also learned that the payment on March 8, 2026, in the amount of $78.03 was for the initial account opening. As detailed herein, this payment was funded by funds from BANA Account-3421.

17.    Surveillance footage obtained from Public Storage showed a White VW Tiguan bearing California license plate #8UOB991 accessing the facility (4425 S. Eastern Ave). Defendant was observed on CCTV in the Public Storage management office carrying a manilla envelope. Law enforcement records indicated that the White VW Tiguan was registered to Shmulo LLC, 578 Washington Blvd 671, Marina Del Ray, California.

18.    Follow-up investigation with Shmulo LLC indicated that the vehicle was rented under a Turo agreement by Justin Dominic Aguilar with a return date of May 20, 2026.

19.    HSI agents applied for and received a federal search warrant for the storage facility rented by Defendant. HSI agents executed the warrant on May 20, 2026. Upon execution of the warrant, HSI agents discovered the following:

- Spanish Passport# PIE415283 with the name Julio Lopez Castro,
- Spanish Passport# PAK314728 in the name of Alberto Silva Valdez,

7

- Spanish DL#, 17482L8P6 with the name Julio Lopez Castro and defendant's photograph,

- Spanish DL# 39631754-V in the name of Alberto Silva Valdez with and defendant's photograph,

- A Wells Fargo debit card in the name of Julio Lopez Castro,

- 2 business credit cards in the name of Julio Lopez Castro,

- 2 personal debit cards in the name of Julio Lopez Castro and NEXT GEAR MOTORS LLC,

- Germany passport# C9391K58L in the name of H. K.,

- Germany DL# C9391KE8L in the name of H. K., with J. A.'s picture.

- Tennessee DL# 154185763 in the name of M. O. with defendant's photograph,

- A forged Social Security Card in the name of M. O.,

- A forged JPMC credit/debit card in the name of M. O.,

- A forged NV DL# 0001234188 in the name of A.P.D. with defendants photograph,

- A forged Social Security Card in the name of A.P.D,

- A forged NV DL# 9123248439 in the name K.F. with defendant's photograph.

20.     During the investigation HSI agents determined that on March 16, 2026, Victim 2, a resident of Louisiana, transferred $7,000 to JPMC Account- 2986.  The subsequent investigation revealed that Victim 2 believed he was purchasing a "John Deere 8370 Tractor" for $34,000 and the $7,000 was the initial down payment.   Ultimately, the vehicle was not delivered, and Victim 2 suffered a full financial loss. Victim 2 subsequently filed a police report to report fraud in Louisiana.  JPMC Account- 2986 was opened under the business name NEXT GEAR MOTORS LLC with the signature authority as Julio

LOPEZ CASTRO using a Spanish passport bearing passport number "PIE415283".

21.    JPMC Account 2986 was funded by 5 wires totaling $60,790 including the wire from Victim 2 for $7,000 between March 2, 2026, to March 5, 2026.  The funds were immediately depleted via debit card purchases and bank withdrawals within the greater Las Vegas area.  Video footage received from JPMC of the account holder Julio Lopez Castro was reviewed and shows the account was being controlled by Defendant.

22.    On March 23, 2026, Victim 3, a resident of New York, transferred $45,250 to WELLS FARGO (WF) Account- 8060.  The subsequent investigation revealed that Victim 3 attempted to buy a 2019 Ford F-450 truck VIN# 1FT8W4DT6KEG30043 for $44,900 plus $350 shipping for a total of $45,250.   The vehicle was not delivered, and Victim 3 suffered a full financial loss. Victim 3 subsequently filed a police report to report fraud in New York.

23.    New York State Troopers subpoenaed WF Account- 0860 opened under the business name NEXT GEAR MOTORS LLC with the signature authority as Julio LOPEZ CASTRO.  Troopers advised there were several other similar transactions totaling $82,699.07 and within a week the funds were depleted through bank withdrawals within the greater Las Vegas area.

24.    On May 20, 2026, HSI agents waited for the car rental (the White Volkswagen Tiguan bearing California license plate #8UOB991) to be returned to the location it was rented from in Los Angeles, California. The Defendant was an occupant of the car when it was returned  and was arrested.  A search incident to the arrest revealed a Mexican passport with a phototroph of Defendant in the name Jose Carlos Dalli Castro. A preliminary check with the HSI Attache office in Mexico revealed that the passport appears to be counterfeit.

25.    In summary, Defendant used fraudulent foreign passports and other documents as part of an overarching fraud scheme, including opening multiple U.S. financial

institution accounts. HSI special agents have confirmed with foreign authorities that the foreign passport and identity of Mario ROJAS Mejia used by Defendant is fraudulent and fictitious. Record checks in U.S. law enforcement databases have also revealed that the identity (i.e., name and date of birth) does not exist.

26.     Based on the above, I believe there is probable cause that Defendant did violate 18 U.S.C. § 1543, Passport Fraud.


*Christopher Crawford*
_____
Christopher Crawford, Special Agent
Homeland Security Investigations


Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone or other electronic means on this __22nd__ day of May 2026.


_____
HONORABLE ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE